No. 494, Misc. FRYER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 499, Misc. TILGHMAN v. CULVER, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 528, Misc. DILDINE v. WILLSON, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. Supreme Court of Washington. Certiorari denied.

No. 570, Misc. BAERCHUS v. MYERS, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 572, Misc. WILSON v. WAGG, DIRECTOR OF MENTAL HEALTH, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 574, Misc. MAHURIN v. NASH, WARDEN, ET AL. Supreme Court of Missouri. Certiorari denied.

No. 576, Misc. FREY v. BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 580, Misc. BURNETT v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 582, Misc. COOK v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.